AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| James Pistorino <br><br> *Plaintiff(s)* <br> v. <br> United States Department of Health & Human Servies <br><br> *Defendant(s)* | Civil Action No. 4:23-cv-00380-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of Health & Human Services
Xavier Becerra, Secretary
200 Independence Ave, SW
Washington, D.C. 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
James Pistorino
Parrish Law Office
224 Lexington Dr.
Menlo Park, CA  94025
(650) 400-0043
james@dparrishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date: 1/26/2023       Thelma Nudo
*Signature of Clerk or Deputy Clerk*