| | |
|---|---|
| ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br>MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division<br>MICHAEL A. KEOUGH (NYRN 5199666)<br>Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200<br>Fax: (415) 436-6570<br>Email: michael.keough@usdoj.gov<br><br>*Attorneys for Defendant* | JAMES C. PISTORINO (CABN 226496)<br>PARRISH LAW OFFICES<br>224 Lexington Drive<br>Menlo Park, California 94025<br>Tel: (650) 400-0043<br>Email: james@dparrishlaw.com<br><br>*Plaintiff Pro Se* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES PISTORINO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　　　Defendant. | Case No. 3:23-CV-380-DMR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES:

　　The parties, by and through their respective counsel, agree that Plaintiff James Pistorino's Complaint (Dkt. 1) against Defendant the U.S. Department of Health and Human Services, including all causes of action and claims asserted, is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each side shall bear its own fees and costs.

　　IT IS SO STIPULATED.


DATED: September 25, 2023　　　　　　　　　　Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ *Michelle Lo*
MICHELLE LO
MICHAEL A. KEOUGH

Assistant United States Attorneys

*Attorneys for Defendant*

/s/ *James Pistorino*\*
JAMES PISTORINO

*Plaintiff Pro Se*

\* *In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No: 3:23-CV-380-DMR

2